# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Cause No.: 4:22-CR-00105 AGF/JMB |
| **LUKE EDWARD NICOZISIN,** | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Defendant **LUKE EDWARD NICOZISIN**, by and through undersigned Counsel, Attorney Timothy J. Smith, of Rudman & Smith, LLC., and enters his appearance on behalf of the Defendant in the above styled cause.

Respectfully submitted:

**RUDMAN & SMITH, LLC**

By: /s/ Timothy J. Smith
Timothy J. Smith, #48655MO
2611 South Big Bend Blvd.
St. Louis, MO 63143
T: (314) 645-7246
F: (314) 645-4156
E: tjsmith@rudmansmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify on this 25th day of February 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Federal Court's electronic filing system.

By:/s/ Timothy J. Smith
Timothy J. Smith, #48655MO