

FILED
MAR 30 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. S1-4:22-cr-00105 AGF ) |
| LUKE EDWARD NICOZISIN, | ) ) |
| Defendant. | ) |

### REQUEST FOR CONTINUED DETENTION

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and moves the Court to order the defendant remain detained pending sentencing.

Further, the Government asserts:

The defendant has already been ordered detained by this Court upon a finding that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community. Doc. 12 (dated February 25, 2022); *see also* Title 18, U.S.C. Section 3142(e).

WHEREFORE, the Government respectfully requests that the Court order the defendant to be detained pending sentencing.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

*/s/ Kyle T. Bateman*
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney