Your Honor,

Thank you for this opportunity for me to tell you about our son Luke.

Since the age of five, Luke has always struggled with mental illness and has taken medicine. When he turned 18 he took himself off of all his medications because he wanted to know his true feelings instead of always feeling numb and cloudy inside. After several years of emotional and mental distress, my son made a horrific mistake and ended up in jail. No one in this room was and is as angry, hurt, and disgusted as I am.

I set out to have a family based on hard work and faith and to definitely not end up here.

I pray for everyone's healing
I pray for everyone's forgiveness
I pray for my son's healing

In the middle of December 2021, an unbelievable change happened. My son Luke emerged from several years of emotional and mental distress. This wonderful young man had found God and was speaking to me about him. I had waited so long for him to come out of that dark shell and it was so amazing to have my son back. We have been able to repair our relationship and healing has begun.

I think this is what needed to happen for Luke to be brought back from that dark place. God found him and changed him. Over the past 20 months, Luke has matured immensely. Two years ago Luke had the maturity of a 16-year-old. Today I can say he has grown and changed into a young man who can speak intelligently of our faith, current affairs, and our future business ventures in real estate upon his release.

While incarcerated Luke has helped others, and started a prison ministry and as you can see by the letters of recommendation from fellow inmates, Luke has been a positive role model. I have been contacted by several former inmates telling me how inspirational Luke was to them.

Again, I ask for healing and forgiveness from all involved so we can all move forward and not look back.

I ask that you have mercy and grace upon my son.


Thank you,

Paul Nicozisin

Thank you for giving me this opportunity to tell you about my son and for taking the time to read it.

Luke is my first-born son, and I had the privilege of being a stay-at-home mother to him for the first nine years of his life. I have spent almost every day with Luke minus the time he has been incarcerated. I know my son better than anyone else on this earth. Parenting is the hardest thing to do in life.  There is no manual to give directions and no training given.  Nothing prepares you for motherhood, let alone for a child who has a mental illness. But Luke is defined as more than just having a mental illness, he is kind, thoughtful, and has a good moral character. I know that may seem hard to believe given his current situation, but it is true nonetheless. In the report, you can see that we never gave up on Luke, we sought therapists, doctors, and psychologists, anyway, or anything we could possibly do to get our child the help he needed.  Luke struggled academically and socially in school. He persevered and graduated early. Luke has always had high ambitions, set goals for himself, and will work hard until he achieves those goals.  His goal currently is to return to society to be a productive member who will serve God and others.

My son is a good person, who made a terrible mistake  Luke has spent the last 600+ days incarcerated. He has had many long days, hours, and minutes to think about his behavior and he has fully accepted responsibility for his actions. I understand the gravity of the offense, however, knowing the kind of man Luke is today, I can assure you that he has had time to reflect, learn from this experience, and will move on to do greater things that will compensate for this lapse of character. We have spent a great deal of time talking on the phone, writing letters, and visiting him every Sunday. Our family has grown stronger because of this situation even as hard as it has been, I want the court to know

that Luke has matured, he understands that his actions have consequences and he is a changed person. Luke speaks of serving God and mentoring others so they do not get into the kind of trouble he did. He wants to be a positive role model for others. Just as we did when he was younger, we will stand by Luke's side and continue to get him any help he needs while he continues to grow and mature. He has a wonderful family support system.

I am hopeful that you will consider Luke's situation and grant him a reduced sentence.

                                  Thank you for your time,

                                  Shelly Nicozisin