Andrew Waddell
waddellmurphy@yahoo.com
Alexander Reed Inc.
314-369-9090

To Whom It May Concern,

My company employed Luke Nicozisin who was always a hard worker. He showed up on time and completed tasks efficiently. Luke is a quick learner who is not afraid to ask questions to clarify misunderstandings. I was disappointed to lose Luke as an employee and want the court to know that upon his release I will rehire Luke to work for my company.

Thank you for your time and I wish Luke well and look forward to having him return to work with my team.

Sincerely,

Andrew Waddell

Owner & CEO